No. 891, Misc.   WRIGHT v. BREWER, WARDEN.   Sup. Ct. Iowa.   Certiorari denied.

No. 894, Misc.   WALKER v. WILLIE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 900, Misc.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 901, Misc.   HUERTO v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 902, Misc.   WEINSHENKER v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.   *Tobias Simon* for petitioner.

No. 903, Misc.   BECK v. CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 905, Misc.   SCOTT v. FIELD, MEN'S COLONY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 911, Misc.   SULLIVAN v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 977, Misc.   WATKINS v. PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 981, Misc.   COX v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1024, Misc.   AUSTIN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *J. Perry Langford* for petitioner. *Solicitor General Griswold* for the United States.